1998R02103

                                    UNITED STATES DISTRICT COURT
                                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Hon. Dickinson R. Debevoise

          v.                  :     Criminal No. 98-537(DRD)

JESUS DEL CARMEN RUMION       :     ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, Ralph J. Marra,

Jr., the Acting United States Attorney for the District of New

Jersey, hereby dismisses the Indictment, Criminal No. 98-537,

against defendant Jesus Del Carmen Rumion, which Indictment was

filed on September 4, 1998, charging the defendant with a

violation of Title 8, United States Code, Section 1324(a)(1)

(A)(v)(I), for the reason that further prosecution of this

defendant at this time is not in the best interests of the United

States.

        This dismissal is without prejudice.

                            _____
                            RALPH J. MARRA, JR.
                            Acting United States Attorney

        Leave of Court is granted for the filing of the

foregoing dismissal.

                            _____
                            HON. DICKINSON R. DEBEVOISE
                            United States District Judge

Dated: May  4  , 2009