1998R02103

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Criminal No. 98-537(DRD) |
| JESUS DEL CARMEN RUMION | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 98-537, against defendant Jesus Del Carmen Rumion, which Indictment was filed on September 4, 1998, charging the defendant with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

Dated: May 4, 2009